No. 1353, Misc. CHEELY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1320, Misc. SHEPPARD *v.* ARKANSAS. Sup. Ct. Ark. Certiorari denied. *George Howard, Jr.,* for petitioner. *Joe Purcell,* Attorney General of Arkansas, for respondent.

No. 1389, Misc. HANKINS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1399, Misc. HARRELL *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *John J. Cleary* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1429, Misc. WEIYMANN ET AL. *v.* ALLGOOD, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1471, Misc. HALL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 1489, Misc. SHIPP *v.* CITY OF TOLEDO. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se. John J. Burkhart* for respondent.